UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY WILLIAMS,

                            Plaintiff,

           -against-

SORATE SOHO CORP. and KRP
CORPORATION,

                        Defendants.

Case No. 1:25-cv-06600 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a joint letter from Defendant Sorate Soho Corp. ("Sorate") and Plaintiff Jeffrey Williams ("Plaintiff"), advising that they have not reached a settlement agreement and requesting a referral to mediation.  Dkt. 20.  The Court is also in receipt of a letter from Defendant KRP Corporation ("KRP") advising that KRP plans to meet and confer with Plaintiff regarding settlement on January 26, 2026, and requesting time to do so before the Court refers the matter to mediation.  Dkt. 21.  The Court previously ordered KRP to meet and confer with Plaintiff by January 23, 2026, and submit a joint letter regarding that meeting by February 6, 2026.  Dkt. 19.

KRP and Plaintiff shall file their joint letter by February 6, 2026, in accordance with the Court's previous Order.  The letter shall include Plaintiff's, Sorate's, and KRP's settlement status and positions on referral to mediation or a magistrate judge.  For the sake of efficiency, the Court will wait until then to make any referral.

Dated: January 23, 2026
       New York, New York

                               SO ORDERED.

                               *Jennifer Rochon*

                               JENNIFER L. ROCHON
                               United States District Judge